**950**

No. 709.   GORSUCH ET AL. *v.* DEPINTO ET AL.;

No. 790.   DUHAME *v.* PROVIDENT SECURITY LIFE INSURANCE CO. ET AL.; and

No. 802.   DEPINTO *v.* PROVIDENT SECURITY LIFE INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied. *James Wm. Moore, William Lee McLane* and *Nola McLane* for petitioners in No. 709. *John P. Otto* for petitioner in No. 790 and respondent Duhame in No. 709. *William A. Evans* and *Jos. S. Jenckes, Jr.* for petitioner in No. 802 and respondent DePinto in No. 709. *Wellington D. Rankin* for respondent Landoe in No. 709.

No. 717.   GORSUCH *v.* PROVIDENT SECURITY LIFE INSURANCE CO. C. A. 9th Cir. Certiorari denied. *William Lee McLane* and *Nola McLane* for petitioner. *John R. Franks* for respondent.

No. 737.   HARDAWAY ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *John M. Brant* for the United States.

No. 742.   KAISER ET AL. *v.* NEW JERSEY. Superior Court of New Jersey, Appellate Division. Certiorari denied. *John J. Corcoran, Jr.* for petitioners. *Guy W. Calissi* for respondent.

No. 777.   AFFILIATED GOVERNMENT EMPLOYEES' DISTRIBUTING CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Edward L. Butterworth* for petitioner. *Solicitor General Cox* and *Assistant Attorney General Oberdorfer* for respondent.